# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARTUR A. NISTRA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16-cv-04773 |
| | ) | |
| v. | ) | Hon. Gary Feinerman |
| | ) | |
| RELIANCE TRUST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE REGARDING RULE 52(c) MOTION

Defendant Reliance Trust Company ("Reliance") respectfully informs this Court that it will not file a Motion for Partial Judgment pursuant to Fed. R. Civ. P. 52(c) at this time. Reliance reserves the right to submit a Rule 52(c) motion at a later point in time.

Dated: May 3, 2019

Respectfully submitted,

**McDermott Will & Emery LLP**

/s/   Theodore M. Becker
_____
Theodore M. Becker
Richard J. Pearl
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Phone: (312) 372-2000
tbecker@mwe.com
rpearl@mwe.com

*Attorneys for Defendant Reliance Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2019 I caused a true and correct copy of the foregoing ***Defendant's Notice Regarding Rule 52(c) Motion*** to be filed electronically using the Court's CM/ECF system and to thereby be served upon on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

| | |
|---|---|
| Ryan T. Jenny | rjenny@baileyglasser.com |
| Gregory Y. Porter | gporter@baileyglasser.com |
| Patrick O. Muench | pmuench@baileyglasser.com |
| Robert A. Izard | rizard@izardnobel.com |
| Mark P. Kindall | mkindall@izardnobel.com |
| Douglas Needham | dneedham@ikrlaw.com |

Dated: May 3, 2019

/s/ *Theodore M. Becker*
Theodore M. Becker