**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTUR A. NISTRA, on behalf of The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | Case No. 1:16-cv-04773 |
| Plaintiff, | Hon. Gary Feinerman |
| v. | Magistrate Judge Sidney I. Schenkier |
| RELIANCE TRUST COMPANY, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Artur A. Nistra, Individually and as Class Representative, presents his unopposed motion for an order approving a class action settlement agreement between Plaintiff, Defendant Reliance Trust Company ("Reliance") as well as third parties The Bradford Hammacher Group, Inc. ("Bradford Hammacher") and all its predecessors, subsidiaries and affiliates, The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan (the "Plan"), and Richard Tinberg, James Liggett and John MacArthur (collectively "Selling Shareholders/Directors"). The bases supporting this unopposed motion are set forth in the accompanying brief. A Final Judgment and Order Approving Class Settlement and Dismissal With Prejudice is attached as Exhibit C to the Memorandum in Support of this Motion.

The Parties also request that, if the Standing Order in re: Court Operations Under the Exigent Circumstances Created by COVID-19 is amended such that it would impact the Final Fairness Hearing, that the Final Fairness Hearing be allowed to proceed telephonically on June

19, 2020, as currently scheduled.

Dated: May 18, 2020                                   Respectfully Submitted,

*/s/ Patrick O. Muench*
Patrick O. Muench (IL #6290298)
**BAILEY & GLASSER LLP**
333 S. Wabash Ave., Ste. 2736
Chicago, IL 60604
pmuench@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St. NW Ste. 540
Washington, DC 20007
(202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com

Robert A. Izard (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
dneedham@ikrlaw.com

*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 18, 2020, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to be thereby served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date.

*/s/ Patrick O. Muench*
Patrick O. Muench
