# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTUR A. NISTRA,<br>on behalf of The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>RELIANCE TRUST COMPANY,<br><br>       Defendant. | Case No. 1:16-cv-04773<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Sidney I. Schenkier |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND CASE CONTRIBUION AWARD

Plaintiff Artur A. Nistra, Individually and as Class Representative, moves the Court for an order granting an award of attorneys' fees, costs, and a case contribution award.

Good cause exists for granting this motion as set forth in the accompanying Memorandum in Support and Declarations of Gregory Porter and Mark Kindall filed with Plaintiff's Unopposed Motion for Final Approval of Settlement.

Dated: May 18, 2020

                                                Respectfully Submitted,

                                                */s/ Patrick O. Muench*
                                                Patrick O. Muench (IL #6290298)
                                                **BAILEY & GLASSER LLP**
                                                333 S. Wabash Ave., Ste. 2736
                                                Chicago, IL 60604
                                                (312) 995-7143
                                                pmuench@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St. NW Ste. 540
Washington, DC 20007
(202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com

Robert A. Izard (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 Facsimile
rizard@ikrlaw.com
dneedham@ikrlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 18, 2020, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to be thereby served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date.

                                                */s/ Patrick O. Muench*
                                                Patrick O. Muench